UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH JACKSON,

        Defendant.
_____/

Case No. 1:14:CR:215-1

HON. GORDON J. QUIST

### ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed February 23, 2015, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Joseph Jackson's plea of guilty to Counts One, Six, and Seven of the Indictment is accepted. Defendant Joseph Jackson is adjudicated guilty.

3. Defendant Joseph Jackson shall be detained pending sentencing.

Dated: April 3, 2015

                                        /s/ Gordon J. Quist
                                        GORDON J. QUIST
                                        UNITED STATES DISTRICT JUDGE